IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ETHAN ANDREW OAK,<br><br>Defendant. | CR 23-95-BLG-SPW<br><br>ORDER |

Upon the United States' Unopposed Motion to Dismiss Indictment, and for good cause appearing,

**IT IS HEREBY ORDERED** that the Indictment in the above-entitled matter is **DISMISSED.**

**IT IS FURTHER ORDERED** that the trial set for **November 6, 2023** is **VACATED.**

DATED this 16th day of October, 2023.

_____
SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1